IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**GABRIEL G. RAMIREZ,**
Plaintiff,

v.

**NOTICE OF APPEAL**
Case No. 15-cv-0365-wmc

**DEPUTY L. KRANSKI, DEPUTY SWEEN**

Defendant.

### NOTICE OF APPEAL

Notice is given that the Plaintiff Gabriel G. Ramirez, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on July 13, 2021.

Dated and signed this 13th day of July, 2021.

Fox Lake, Wisconsin.

Respectfully Submitted,

_____

GABRIEL G. RAMIREZ, *Pro se*
W10237 Lake Emily Road
P.O. Box 200
Fox Lake, Wisconsin 53933-0200

Paralegal Assistance Provided By:
Other(s) Jail house Lawyers

Cc:  File(d)/Other(s)