IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GABRIEL G. RAMIREZ,

                              Plaintiff,                              ORDER

    v.
                                                                     15-cv-365-wmc
L. KRANSKI and SWEEN,

                              Defendant.

Pro se plaintiff Gabriel Ramirez has submitted a transcript request form requesting transcripts for proceedings that took place on May 21, June 18, June 22, June 25, June 28, July 13, and July 14, 2021, and attaching a list of numerous documents filed in this lawsuit. (Dkt. #187.)  Construing this submission as a motion for a transcript to be prepared at government expense under 28 U.S.C. § 753(f), the court grants it in part and denies it in part.

Under 28 U.S.C. § 753(f), a party proceeding in forma pauperis is entitled to a free transcript only after the "trial judge or a circuit judge certifies that the suit or appeal is not frivolous (but presents a substantial question)."  The court certifies that this appeal is not frivolous and transcripts from pretrial hearings and the trial may be relevant to the issues Ramirez is pursuing on appeal.  However, Ramirez lists three dates for which no transcript exists -- May 21, June 21, June 22, 2021. He also attaches a list of all proceedings in this lawsuit. To the extent he is asking for copies of court filings, Ramirez's motion is denied. However, the court held proceedings on June 18, June 25 and June 28, 2021, and the jury trial took place on July 13 and 14, 2021.  Therefore, the motion will be granted with respect to proceedings that occurred on those dates.

ORDER

IT IS ORDERED that:

1) Plaintiff Gabriel Ramirez's motion for transcripts (dkt. #187) is GRANTED in part and DENIED.

2) The court reporter is directed to prepare transcripts of the proceedings that took place on June 18, June 25, June 28, July 13, and July 14, 2021, and furnish copies to Ramirez, with fees to be paid by the United States, pursuant to 28 U.S.C. § 753(f).

Entered this 20th day of September, 2021.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge