IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GABRIEL G. RAMIREZ,

                Plaintiff,                ORDER

v.

                                              15-cv-365-wmc

L. KRANSKI and SWEEN,

                Defendants.

*Pro se* plaintiff Gabriel Ramirez has submitted a motion for an order to unseal the August 7, 2020, ex parte hearing, and for a transcript of that hearing at no cost. (Dkt. #204.) The court unsealed that hearing on July 18, 2021, so the request to unseal is denied as moot. As for Ramirez's request for a transcript of that proceeding at no cost, the court construes it as a request for a transcript at government expense under 28 U.S.C. § 753(f), and grants it.

Under 28 U.S.C. § 753(f), a party proceeding *in forma pauperis* is entitled to a free transcript only after the "trial judge or a circuit judge certifies that the suit or appeal is not frivolous (but presents a substantial question)." The court certifies that this appeal is not frivolous and transcripts from that August hearing may be relevant to the issues Ramirez is pursuing on appeal. Therefore, the motion will be granted.

ORDER

    IT IS ORDERED that:

1) Plaintiff Gabriel Ramirez's motion to unseal and for transcripts (dkt. #204) is GRANTED IN PART AND DENIED IN PART.

2) The court reporter is directed to prepare transcripts of the proceeding that took place on August 7, 2020, and furnish copies to Ramirez, with fees to be paid by the United States, pursuant to 28 U.S.C. § 753(f).

Entered this 7th day of April, 2022.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      WILLIAM M. CONLEY
                                      District Judge